IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAY FRANCIS SPRINGS, </br></br> Plaintiff, </br></br> v. </br></br> CARRINGTON MORTGAGE SERVICES, LLC, </br></br> Defendant. | CIVIL ACTION NO. </br> 1:24-cv-00414-MLB-RDC |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO SECOND AMENDED COMPLAINT**

Defendant Carrington Mortgage Services, LLC, by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), moves for a 14-day extension to respond to Plaintiff's second Amended Complaint (Doc. 22), stating as follows:

1. Plaintiff commenced this action in the Superior Court of Fulton County, Georgia on December 27, 2023, and later filed an amended complaint. (*See* Docs. 1, 5-1.) After removing the case to this Court, Defendant filed a motion to dismiss Plaintiff's amended complaint for failure to state a claim upon which relief can be granted. (Doc. 6.)

2. On June 6, 2024, the Magistrate Judge entered a Non-Final Report and Recommendation ("R&R"), recommending that Defendant's motion to dismiss be granted on shotgun pleading grounds and that Plaintiff "be given opportunity to

55182777 v1

amend his complaint and replead his claims within 21 DAYS after entry of an Order addressing this report." (Doc. 16 at 8-9 (emphasis omitted)).

3. On August 22, 2024—prior to entry of an Order addressing the R&R—Plaintiff filed the second Amended Complaint (the "Second Amended Complaint"). (*See* Doc. 22.)

4. On August 28, 2024, the District Judge entered an Order adopting the R&R nunc pro tunc, granting Defendant's motion to dismiss, and accepting as timely-filed Plaintiff's Second Amended Complaint. (*See* Doc. 23.)

5. Based on the original filing date of Plaintiff's Second Amended Complaint, Defendant's response to the Second Amended Complaint is now due on September 5, 2024.

6. To allow time to prepare an appropriate response, Defendant respectfully requests an additional fourteen (14) days to file its response to Plaintiff's Second Amended Complaint, making its response due by September 19.

7. This motion is made in good faith and not for the purpose of delay, and no party will be prejudiced by the relief sought herein.

WHEREFORE, Defendant respectfully requests that the Court enter an order giving it until September 19, 2024 to file a response to Plaintiff's Second Amended Complaint (Doc. 22).

Respectfully submitted this 30th day of August, 2024.

/s/ *Jennifer E. Ziemann*
Joshua H. Threadcraft
Georgia Bar No. 119050
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-3000
jthreadcraft@burr.com

Jennifer E. Ziemann
Georgia Bar No. 264280
BURR & FORMAN LLP
1075 Peachtree Street NE, Suite 3000
Atlanta, GA 30309
Telephone: (404) 815-3000
jziemann@burr.com

*Attorneys for Defendant*

# **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been filed with the Clerk of Court using the CM/ECF system, and that a copy has been served on the following non-CM/ECF participant by U.S. Mail, on this 30th day of August, 2024:

>Jay Francis Springs
>43 Gammon Ave SE
>Atlanta, GA 30315

*/s/ Jennifer E. Ziemann*
Georgia Bar No. 264280
Attorney for Defendant

BURR & FORMAN LLP
1075 Peachtree Street NE, Suite 3000
Atlanta, GA 30309
Telephone: (404) 815-3000
jziemann@burr.com